**UNITED STATES of America,**

v.

**Howard Roosevelt BROWN, Appellant.**

**No. 14200.**

United States Court of Appeals
Third Circuit.

Argued April 25, 1963.

Decided May 8, 1963.

I. Raymond Kremer, Philadelphia, Pa., for appellant.

J. Shane Creamer, Asst. U. S. Atty., Philadelphia, Pa., Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa., for appellee.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

On review of the record we find no error.

The judgment of sentence will be affirmed.

**Albert WRIGHT, Plaintiff-Appellant,**

v.

**Thomas DARNELL, William Hildreth and Thomas Caunce, Review Committee, U. S. Department of Agriculture, Commodity Stabilization Service, Defendants-Appellees.**

**No. 15081.**

United States Court of Appeals
Sixth Circuit.

April 24, 1963.

Thomas M. Edwards, Jr., Mt. Sterling, Ky. (Clay & Edwards, Mt. Sterling, Ky., on the brief), for appellant.

Moss Noble, Asst. U. S. Atty., Lexington, Ky. (Bernard T. Moynahan, Jr., U. S. Atty., William A. Watson, Asst. U. S. Atty., Lexington, Ky., on the brief), for appellee.

Before WEICK and O'SULLIVAN, Circuit Judges, and PRETTYMAN, Senior Circuit Judge.

ORDER

THIS CAUSE having come on to be heard upon the record on appeal and the briefs and argument of counsel, and it appearing therefrom that the judgment of the District Court should be affirmed 205 F.Supp. 277,

Now, Therefore, It Is Ordered that the judgment of the District Court be, and the same is, hereby affirmed.

**William Clyde WRIGHT and Franklin Ernest Wright, Appellants,**

v.

**B. J. RHAY, Superintendent of the Washington State Penitentiary, Appellee.**

**No. 18411.**

United States Court of Appeals
Ninth Circuit.

May 1, 1963.

Rehearing Denied May 30, 1963.

Eugene T. Golden, Walla Walla, Wash., for appellants.

John J. O'Connell, Atty. Gen. for the State of Washington, Stephen C. Way and Ralph Olson, Asst. Attys. Gen. for the State of Washington, Olympia, Wash., for appellee.

Before JERTBERG and BROWNING, Circuit Judges, and JAMESON, District Judge.

PER CURIAM.

The order appealed from denying application for writ of Habeas Corpus filed on behalf of the petitioners and appellants is affirmed. See Alderman v. Timpani, 56 Wash.2d 20, 351 P.2d 163 (1960) and Hebert v. Louisiana, 272 U.S. 312, 47 S.Ct. 103, 71 L.Ed. 270 (1926).